# FILED

JUL 1 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13-mj-0178 DAD

Colman P. Beulah

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: July 17, 2013        X Colman P Beulah
                             DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 400 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 410 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | CLERK, USDC |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7-17-13        **DALE A. DROZD**
                     U.S. MAGISTRATE JUDGE

Clerk's Office

FP1-PET                                                                    EDCA-3